UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

BENJAMIN SQUIRES,

                                        Plaintiff,

              -against-

THE CITY OF NEW YORK, P.O. MATTHEW DRURY,
SHIELD # 14564, Individually and in his Official Capacity,
P.O. FELIX CORTEZ, SHIELD # 25451, Individually and in
his Official Capacity, and P.O.'s "JOHN DOE" #1-5,
Individually and in their Official Capacity (the name John Doe
being fictitious, as the true names are presently unknown),

                                        Defendants.
------------------------------------------------------------------------ x

**STIPULATION AND ORDER OF DISMISSAL**

13-CV-2197 (BMC)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

        1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

| | |
|---|---|
| Cohen & Fitch, LLP<br>*Attorneys for Plaintiff*<br>233 Broadway, Suite 1800<br>New York, NY 10273<br>(212) 374-9115<br><br>By: _____<br>Gerald Cohen, Esq.<br>*Attorney for Plaintiff* | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants City, Drury and Cortes*<br>100 Church Street, Rm. 3-199<br>New York, New York 10007<br><br>By: _____<br>Karl J. Ashanti, Esq.<br>*Assistant Corporation Counsel*<br><br>SO ORDERED: |
| Dated: New York, New York<br>      Oct. 11 , 2013 | HON. BRIAN M COGAN<br>UNITED STATES DISTRICT JUDGE |

2